# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARENTAL RIGHTS AS TO J. M. S. AND K. S. J. S. | No. 70787 |

KEVIN STUBBS,
Appellant,
vs.
J. M. S.; K. S. J. S.; AND STATE OF
NEVADA DEPARTMENT OF FAMILY
SERVICES,
Respondents.

**FILED**

AUG 1 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY: _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on July 14, 2016, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Cynthia N. Giuliani, District Judge
Kevin Stubbs
Clark County District Attorney/Juvenile Division
Dickerson Law Group
Eighth District Court Clerk